1

2

3

4

5

6

7

8

9

FILED
CLERK, U.S. DISTRICT COURT

JAN I 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,       )   Case No.: CR-06-065-R
                                    )
11                 Plaintiff,       )
                                    )
12         vs.                      )   ORDER OF DETENTION AFTER HEARING
                                    )     [Fed.R.Crim.P. 32.1(a)(6);
13                                  )     18 U.S.C. 3143(a)]
                                    )
14              STORK               )
                Defendant.          )
15  _____)

16

17

18         The defendant having been arrested in this District pursuant to

19  a  warrant  issued  by  the  United  States  District  Court  for  the

20  _____C D CAL_____ for alleged violation(s) of the terms and

21  conditions of his/her .[probation] [supervised release]; and

22         The  Court  having  conducted  a  detention  hearing  pursuant  to

23  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24         The Court finds that:

25  A.    (✓  The defendant has not met his/her burden of establishing by

26         clear and convincing evidence that he/she is not likely to flee

27         if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28         based on __no evidence submitted by Δ; nature of charges__

and/or

B.  ( ✓)  The defendant has not met his/her burden of establishing by
clear and convincing evidence that he/she is not likely to pose
a danger to the safety of any other person or the community if
released under 18 U.S.C. § 3142(b) or (c).  This finding is based
on: nature of charges ; criminal history ; recent
arrest + conviction ; no evidence by Δ


    IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:  1/12/10

                                    _Ralph Zarefsky_
                                    RALPH ZAREFSKY
                                    UNITED STATES MAGISTRATE JUDGE

2